MEMORANDUM OPINION

No. 04-06-00320-CV

IN THE INTEREST OF B.W., et. al., Children

From the 131st Judicial District Court , Bexar County, Texas

Trial Court No. 2005-PA-00961

Honorable Joe Frazier Brown , Judge Presiding




PER CURIAM



Sitting: Alma L. López , Chief Justice

 Catherine Stone , Justice

 Rebecca Simmons , Justice



Delivered and Filed: July 12, 2006



DISMISSED

 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not
opposed the motion. Therefore, we grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of the
appeal are taxed against appellant. 

PER CURIAM